**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| Wilton Armetale, Inc. | : | |
| | : | |
| Debtor. | : | Case No. 16-16779 |

**TRUSTEE'S REPORT OF INTERIM DISTRIBUTION PURSUANT TO ORDER DATED JUNE 8, 2018**

The Chapter 7 Trustee hereby reports that all payments have been issued and mailed on June 23, 2018 in accordance with the Order dated June 8, 2018 and as more particularly appears on the Proposed Distribution report attached hereto.

Dated: July 26, 2018                    /s/David A. Eisenberg
**DAVID A. EISENBERG, CHAPTER 7 TRUSTEE**
4167 Winchester Road
Allentown, PA 18104
610/657-5070
trustee@eisenbergpc.com