Case Number: 16-16779  
Debtor Name: Wilton Armetale, Inc. a/k/a WAPITA, Inc.

Date: July 26, 2018  
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | DAVID A. EISENBERG<br>4167 Winchester Road<br>Allentown, PA 18104 | Administrative | 100 | $43,582.12 | $43,582.12 | $0.00 | $0.00 | $0.00 |
| | DAVID A. EISENBERG<br>4167 Winchester Road<br>Allentown, PA 18104 | Administrative | 100 | $69.68 | $69.68 | $0.00 | $0.00 | $0.00 |
| | Gellert Scali Busenkell & Brown LLC<br>The Curtis Center<br>601 Walnut Street, Suite 280 South<br>Philadelphia, PA 19106 | Administrative | 100 | $28,197.10 | $28,197.10 | $0.00 | $0.00 | $0.00 |
| | Gellert Scali Busenkell & Brown LLC<br>The Curtis Center<br>601 Walnut Street, Suite 280 South<br>Philadelphia, PA 19106 | Administrative | 100 | $1,157.88 | $1,157.88 | $0.00 | $0.00 | $0.00 |
| | Fegley & Associates<br>32250 Hickory Road, Suite 20<br>Plymouth Meeting, PA 19462 | Administrative | 100 | $2,190.00 | $2,190.00 | $0.00 | $0.00 | $0.00 |
| Subtotals for Class Administrative 100.00% | | | | $75,196.78 | $75,196.78 | $0.00 | $0.00 | |
| 1 | Aerotek, Inc.<br>7317 Parkway Drive<br>Hanover, Md 21076 | Unsecured | 300 | $8,609.72 | $72.99 | $8,536.73 | $0.00 | $0.00 |
| 2a | Artesanias Hacienda Real S.A. De C.V.<br>C/O Barry L Goldin Esq<br>3744 Barrington Drive<br>Allentown, Pa 18104 | Unsecured | 300 | $782,869.14 | $6,635.55 | $776,233.59 | $0.00 | $0.00 |
| 3 | Abf Freight Systems, Inc.<br>Po Box 10048<br>Fort Smith, Ar 72917 | Unsecured | 300 | $2,833.67 | $24.02 | $2,809.65 | $0.00 | $0.00 |
| 4 | Bettencourt Group<br>501 South Lucille, Ste 102<br>Seattle, Wa 98108 | Unsecured | 300 | $5,930.06 | $50.26 | $5,879.80 | $0.00 | $0.00 |
| 5 | Distribution One, Inc.<br>4004 Church Road<br>Mount Laurel, Nj 08054 | Unsecured | 300 | $13,968.68 | $118.40 | $13,850.28 | $0.00 | $0.00 |
| 6 | Yrc<br>C/O Rms Bankruptcy Recovery Services<br>P.O. Box 361345<br>Columbus, Oh 43236 | Unsecured | 300 | $1,361.77 | $11.54 | $1,350.23 | $0.00 | $0.00 |
| 7 | Herbein & Company Inc.<br>2763 Century Boulevard<br>Reading, Pa 19610 | Unsecured | 300 | $3,720.00 | $31.53 | $3,688.47 | $0.00 | $0.00 |
| 8 | C.M. Potts & Company<br>1110 Graham Street<br>Fountain Hill, Pa 18015 | Unsecured | 300 | $618.75 | $5.24 | $613.51 | $0.00 | $0.00 |
| 9 | Amy Engle<br>29 Clermont Court<br>Elizabethtown, Pa 17022 | Unsecured | 300 | $1,972.00 | $16.71 | $1,955.29 | $0.00 | $0.00 |

Proposed Distribution

Case Number: 16-16779  
Debtor Name: Wilton Armetale, Inc. a/k/a WAPITA, Inc.

Date: July 26, 2018  
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 10 | Lynn E. Feldman, Chapter 7 Trustee For The Estate Of Ivan L. Jeffery, Principal And Credit<br>C/O Lawrence J. Kotler, Esq<br>30 South 17Th Street<br>Philadelphia, Pa 19103 | Unsecured | 300 | $2,629,990.00 | $22,291.62 | $2,607,698.38 | $0.00 | $0.00 |
| 11 | Lynn E. Feldman Trustee For Estate Of Ivan Jeffery<br>221 N. Cedar Crest Boulevard<br>Allentown, Pa 18104 | Unsecured | 300 | $87,558.37 | $742.14 | $86,816.23 | $0.00 | $0.00 |
| 12 | Bettencourt Group<br>501 South Lucille, Ste 102<br>Seattle, Wa 98108 | Unsecured | 400 | $5,930.06 | $0.00 | $5,930.06 | $0.00 | $0.00 |
| 13 | Aerotek, Inc.<br>7317 Parkway Drive<br>Hanover, Md 21076 | Unsecured | 400 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | Frank Sahd Salvage Center, Inc.<br>Nikolaus & Hohenadel, Llp<br>212 North Queen Street<br>Lancaster, Pa 17603 | Unsecured | 450 | $21,302.40 | $0.00 | $21,302.40 | $0.00 | $0.00 |
| Subtotals for Class Unsecured  0.84% | | | | $3,566,664.62 | $30,000.00 | $3,536,664.62 | $0.00 | |
| 2 | Artesanias Hacienda Real S.A. De C.V.<br>C/O Barry L Goldin Esq<br>3744 Barrington Drive<br>Allentown, Pa 18104 | Secured | 200 | $143,958.24 | $143,958.24 | $0.00 | $0.00 | $0.00 |
| Subtotals for Class Secured  100.00% | | | | $143,958.24 | $143,958.24 | $0.00 | $0.00 | |
| | Totals | | | $3,785,819.64 | $249,155.02 | $3,536,664.62 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.